| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Carl Walker<br>29416 Malibu View Ct.<br>Agoura Hills, CA 91301<br>(818) 431-1166 | FILED<br><br>2018 SEP 21  PM 4: 15<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY: |
| ATTORNEY(S) FOR:  in pro se | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| JPMorgan Chase Bank, National Association, its assignees and/or successors,<br>Plaintiff(s),<br>v.<br><br>Steven Godwin, Carl Walker, and Does 1-10, inclusive,<br>Defendant(s) | LACV18-8211 - CAS (SKx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Carl Walker
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Matthew E. Podmenik, Esq.<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101 | Attorney for Plaintiff |
| JPMorgan Chase Bank<br>270 Park Avenue<br>New York, New York 10017 | Plaintiff |

09/12/2018
Date

Signature Carl Walker

Attorney of record for (or name of party appearing in pro per):

Carl Walker in pro se